# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE VANEGAS,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>DISCOVER BANK,<br><br>　　　　　　　　　Defendant. | Case No. 23-cv-74-MMA (WVG)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Doc. No. 12] |

Plaintiff and Counter-Defendant Nicole Vanegas and Defendant and Counter-Claimant Discover Bank jointly move to dismiss this action in its entirety pursuant to Federal Rule of Civil Procedure 41(a).  *See* Doc. No. 12.  Upon due consideration, good cause appearing, the Court **GRANTS** the parties' joint motion and **DISMISSES** the action in its entirety, with all claims by Plaintiff Vanegas against Defendant Discover Bank being dismissed with prejudice, and all claims by Counter-Claimant Discover Bank against Counter-Defendant Vanegas being dismissed without prejudice.  Each party shall bear their own attorney's fees and costs.  The Court **DIRECTS** the Clerk of Court to terminate all pending deadlines and motions, and to close this case.

**IT IS SO ORDERED**.

Dated: June 13, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　*[signature]*

　　　　　　　　　　　　　　　　　　　　HON. MICHAEL M. ANELLO
　　　　　　　　　　　　　　　　　　　　United States District Judge